950 F.2d 724
 U.S.
v.
Rosa (Joseph F.), Kostrick (William), Antonelli (Martin),
Campbell (Daniel), Connelly (Paul, Jr.), Dadamo (William),
Davis (Vivian), Diaz (Jorge), Gates (William), George
(Donna, Susan), Ily (Raymond), Jones (Gary), Linn (Larry),
Luketic (James), Marchitello (Victor E.), Naugle (Richard),
Nicklow (Mark D.), Noble (Robert), O'Conner (Timothy),
Perrino (Perry), Plisco (Ronald), Readel (Charles H.),
Reshenberg (Richard), Smith (William), Stefanik (Richard),
Wertz (Diania)
 NO. 91-3018
 United States Court of Appeals,
Third Circuit.
 NOV 29, 1991
 
 Appeal From: W.D.Pa.,
 Bloch, J.
 
 
 1
 AFFIRMED.